# LEICHTMAN LAW PLLC

185 Madison Avenue, 15th Floor
New York, NY 10016
(212) 419-5210 ext. 704

**APPLICATION GRANTED
SO ORDERED** [signature]
**VERNON S. BRODERICK
U.S.D.J.** 10/1/2024

This action is hereby STAYED pending arbitration. The Clerk of Court is respectfully directed to terminate the motions at Docs. 39 and 46.

September 30, 2024

**Via ECF**

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Dermansky v. The Hearst Corporation et al*, No. 1:24-cv-01272-VSB

Dear Judge Broderick:

We represent Plaintiff Julie Dermansky ("Dermansky") in the above-referenced matter, and write on behalf of all parties. As your Honor is aware from the pending motion to stay filed by the Defendants (Dkts. 39, 46, 52, and 63), there is an arbitration pending between Dermansky and Getty Images (US) Inc. ("Getty") that involves some issues that the Defendants have claimed overlap with this litigation. The parties wanted to report that we have now reached a procedural agreement under which the parties to this action— as well as the parties to the pending S.D.N.Y. actions *Dermansky v. Dotdash Meredith Inc., et al.*, Case No. 1:24-cv-02792-AS and *Dermansky v. Getty Images (US) Inc. et al.*, 1:24-cv-04705— will submit certain claims and defenses to arbitration, and stay any remaining claims in this action.

In light of the foregoing, the parties request that this case and all deadlines be stayed pending arbitration. The parties anticipate filing a stipulation on or before October 10, 2024 identifying which claims will be dismissed from this action and adjudicated in arbitration and which claims will be stayed until the arbitration proceeding concludes. Upon the Court's order granting the stay requested herein, that order will render the pending motions to stay (Dkts. 39, 46) moot.

Sincerely,

*David Leichtman*

David Leichtman, Esq.

CC: All counsel of record (via ECF)